| | | |
|---|---|---|
| Women's Interart Ctr., Inc. v Clinton Hous. Dev. Fund Corp. | 1st Dept: 132 AD3d 442 | denied |
| Women's Interart Ctr., Inc. v New York City Economic Dev. Corp. | 1st Dept: 132 AD3d 442 | denied |

## Decided May 9, 2017

| | | |
|---|---|---|
| Bassett, Matter of, v Town of Manlius | 4th Dept: 145 AD3d 1636 | denied |
| Bayley W., Matter of (Patrick K.) | 3d Dept: 146 AD3d 1097 | denied |
| Beck v Christie's Inc. | 1st Dept: 141 AD3d 442 | denied |
| Burns v Goyal | 2d Dept: 145 AD3d 952 | granted |
| Clark, Matter of | 1st Dept: 146 AD3d 495 | denied |
| Croci v Town of Haverstraw | 2d Dept: 146 AD3d 748 | denied |
| Elijah W.L., Matter of (Elijah L.) | 2d Dept: 146 AD3d 784 (Proceeding No. 2) | denied* |
| Elijah W.L., Matter of (Omisa C.L.) | 2d Dept: 146 AD3d 784 (Proceeding No. 2) | denied* |
| Gallagher, Matter of, v Pignoloni | 2d Dept: 145 AD3d 781 | denied |
| Garcia, Matter of, v Annucci | 4th Dept: 145 AD3d 1464 | denied |
| Hector V.P., Matter of (Mariana V.) | 2d Dept: 146 AD3d 889 (Proceeding No. 1) | denied* |
| Jackson, Matter of, v Annucci | 3d Dept: 144 AD3d 1285 | denied |
| Korsinsky v Winkelreid | 1st Dept: 143 AD3d 427 | denied |
| Lanijah J.L., Matter of (Elijah L.) | 2d Dept: 146 AD3d 784 (Proceeding No. 1) | denied* |
| Lanijah J.L., Matter of (Omisa C.L.) | 2d Dept: 146 AD3d 784 (Proceeding No. 1) | denied* |
| Lavender, Matter of, v Zoning Bd. of Appeals of the Town of Bolton | 3d Dept: 141 AD3d 970 | denied |
| Lemma, Matter of, v Nassau County Police Officer Indem. Bd. | 2d Dept: 147 AD3d 760 | granted |
| Malkan v State of New York | 4th Dept: 145 AD3d 1601 | denied |
| Nicotera v Allstate Ins. Co. | 4th Dept: 147 AD3d 1474 | denied |
| Pedro V.P., Matter of (Mariana V.) | 2d Dept: 146 AD3d 889 (Proceeding No. 2) | denied* |
| People v Henriquez | 2d Dept: 146 AD3d 911 | denied |

---

* Motion for poor person relief dismissed as academic or denied.